UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

B AND S EQUIPMENT CO., INC.,                                CIVIL NO. 10-1105

VERSUS

HEALTHEON, INC.                                              SECTION "G" (2)

### ORDER AND REASONS

Before the Court is Healtheon, Inc's ("Healthon") Motion for Summary Judgment,[1] wherein Healtheon requests judgment against B&B Fire and Safety Services, Inc. ("B&B") ordering payment of a settlement amount agreed to between the parties, plus interest. The motion was filed on December 3, 2012, and set for submission on December 19, 2012. Pursuant to Local Rule 7.5, opposition to a motion must be filed eight days before the noticed submission date. B&B has filed no opposition at this time, and therefore the motion is deemed to be unopposed. District courts may grant unopposed motions for summary judgment provided that the court finds the motion to have merit.[2]

Healtheon and B&B entered a settlement agreement on December 7, 2011, pursuant to which B&B would (1) pay Healtheon $100,000.00 to satisfy Healtheon's claims against B&B, and (2) sign a Receipt Release and Indemnity Agreement providing that B&B would defend and indemnify Healthon and The Hanover Insurance Company against the claims of REC Marine Logistics, LLC.[3] This Court previously ruled that the settlement agreement is binding on the parties and ordered B&B to perform its obligations under the agreement.[4] On February 6, 2012, B&B made a single payment

---

[1] Rec. Doc. 157.

[2] *See Braly v. Trail*, 254 F.3d 1082 (5th Cir. 2001).

[3] Rec. Doc. 157-1 at p. 1.

[4] Rec. Doc. 125.

of $10,000.00 to Healtheon.[5]  Although this Court ordered B&B to satisfy its debt to Healtheon by February 15, 2012,[6] B&B has still failed to pay Healtheon $90,000.00 of the settlement amount agreed to by the parties, upon which interest in the amount of $1,265.57 had accrued.[7]  B&B has filed no opposition, and so there are no material facts at issue here.  Therefore, the Court finds the motion to have merit.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment[8] is **GRANTED**, and B&B shall immediately pay Healtheon the amount of $90,000.00, plus interest.

**IT IS FURTHER ORDERED** that the Motion for Status Conference[9] filed by Healtheon is **MOOT**.

**NEW ORLEANS, LOUISIANA**, on this __8th__ day of March, 2013.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[5] Rec. Doc. 157-1 at p. 2.

[6] Rec. Doc. 125.

[7] Rec. Doc. 157-1 at p. 3.

[8] Rec. Doc. 157.

[9] Rec. Doc. 158.